UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

DAVID E. YEZEK,

                            Plaintiff(s),

                                              ***MEDIATION CERTIFICATION***

                                                        __19__ - cv - __1574__

                              v.

VILLAGE OF GOWANDA POLICE
DEPARTMENT, et al.,

                            Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on ___8/31/22___.

    ☐ *Case has settled.* (Comment if necessary).

    ☐ *Case has settled in part.* (Comment below). Mediation will continue on _____.

    ☐ *Case has settled in part.* (Comment below). Mediation is complete.

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☑ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* 09/06/2022                         *Mediator:* /S/ Michael Menard

***Additional Comments:***
The parties may agree to schedule a further mediation session.