

1600 Liberty Building, 424 Main Street, Buffalo, New York 14202
P 716.854.3400 ◂ www.ruppbaase.com

**R. Anthony Rupp III**
rupp@ruppbaase.com

September 27, 2022

**VIA CM/ECF**

Hon. William M. Skretny
United States District Court, Western District of New York
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

      Re:    Yezek v. Village of Gowanda Police Department, et al.
              1:19-cv-01574-WMS-LGF
              <u>Extension of time to file stipulation of dismissal</u>

      On behalf of Plaintiff David E. Yezek I write to request an extension of time to file the stipulation of dismissal in this matter. On September 13, 2022, this Court issued a text order directing the parties to file a stipulation of dismissal or other appropriate document concluding the case within 14 days of the entry date of the text order. In accordance with that order, Plaintiff provided counsel for Defendants, Donna L. Burden, Esq., with a signed stipulation, a general release, and a W-9 form by hand delivery to her office last week. Ms. Burden indicated that she would order the settlement check from the insurance carrier as soon as she received those documents, but that she would be out of country this week and unable to provide the check to my office until after her return.

      For these reasons, Plaintiff respectfully requests another two weeks to allow parties to conclude the settlement.

      Thank you for Your Honor's consideration of this letter.

      Sincerely,

      R. Anthony Rupp III

**RUPP BAASE PFALZGRAF CUNNINGHAM** LLC

Hon. William M. Skretny
United States District Court, Western District of New York
September 27, 2022
Page 2

cc (via CM/ECF):

Burden, Hafner & Hansen, LLC
Donna L. Burden, Esq.
403 Main St #605
Buffalo, New York 14203

Goldberg Segalla
Patrick B. Naylon, Esq.
2 State Street, Suite 1200
Rochester, NY 14614-1342

*Counsel for Defendants*