UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DAVID E. YEZEK,

                              Plaintiff,

             v.                              Civil Action No.: 19-CV-1574

VILLAGE OF GOWANDA,
VILLAGE OF GOWANDA POLICE DEPARTMENT,
DENNIS FELDMAN, RICHARD COOPER,
SEAN HOTNICH, PETER RANDALL,
JOHN DOE(s), and JANE DOE(s),

                              Defendants.
_____

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by their counsel, that no party hereto is an infant or incompetent, stipulate that all claims, causes of action, counterclaims, and third-party actions be dismissed on the merits with prejudice and without costs, disbursements or attorneys' fees to any party, and that the Clerk of the Court may file this Stipulation of Voluntarily Dismissal without providing further notice.

Dated: September 22, 2022

**Rupp Baase Pfalzgraf Cunningham LLC**
Attorneys for Plaintiff David E. Yezek

By: _____
    R. Anthony Rupp III, Esq.
    Chad A. Davenport, Esq.
    1600 Liberty Building
    Buffalo, New York 14202
    (716) 854-3400

Dated: 9/23, 2022

**Goldberg Segalla**
Attorneys for Defendants, Peter Randall and Sean Hotnich

By: _____
    Patrick B. Naylon, Esq.
    2 State Street, Suite 1200
    Rochester, New York 14614
    (585) 295-8320

Dated: _____, 2022

**Burden, Hafner & Hansel, LLC**
Attorneys for Defendants, Village of Gowanda,
Village of Gowanda Police Department,
Dennis Feldman, and Richard Cooper,

By: _____
  Donna L. Burden, Esq.
  605 Brisbane Building
  403 Main Street
  Buffalo, NY 14203
  716-849-6800